# CHAPTER 13 OFFICE

Post Office Box 2115
Winston-Salem, North Carolina 27102-2115
(336) 722-1139

**Kathryn L. Bringle, Trustee**                                    **Vernon J. Cahoon, Staff Attorney**

## NOTICE OF CHANGE OF DEBTOR(S) ADDRESS

MEMO TO:    Clerk, United States Bankruptcy Court
            Middle District of North Carolina

FROM:       Tawonda Flynt
            Chapter 13 Office, Winston-Salem, NC

DATE:       March 30, 2016

CASE:       SCOTT D BENEDICT
            **AMY L BENEDICT**
            Case Number B-11-51022 C-13W

**\*ADDRESS CHANGE FOR FD ONLY**

The Debtor(s) previous mailing address was:

2534 SCOTT ST
KANNAPOLIS, NC 28083

**The Debtor(s) current mailing address is:**

407 JACKSON ST
KANNAPOLIS , NC 28083

cc:  Chapter 13 Office Case File